```
FILED
May 16, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>v. )<br>  )<br>AARON NEW, )<br>  )<br>  Defendant. ) | Case No. 2:11-CR-00210-JAM-3<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release AARON NEW, Case No. 2:11-CR-00210-JAM-3, Charge Title 18 USC §§ 1343; 1341; 2; 1956, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ 100,000 (co-signed)

        ✔   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        ✔   (Other)   With pretrial supervision and conditions of release as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on May 16, 2011 at 2:45 pm.

By: _____Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge