**FILED**
May 16, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>AARON NEW,<br><br>        Defendant. | Case No. 2:11-CR-00210-JAM-3<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>AARON NEW</u>, Case No. <u>2:11-CR-00210-JAM-3</u>, Charge <u>Title 18 USC §§ 1343; 1341; 2; 1956</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

       __     Release on Personal Recognizance

       ✔     Bail Posted in the Sum of $ <u>100,000 (co-signed)</u>

             ✔     Unsecured Appearance Bond

             __     Appearance Bond with 10% Deposit

             __     Appearance Bond with Surety

             __     Corporate Surety Bail Bond

             ✔     (Other)     <u>With pretrial supervision and conditions of release as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 16, 2011</u> at <u>2:45</u>    pm.

                                                  By:   <u>/s/ Dale A. Drozd</u>

                                                          Dale A. Drozd
                                                          United States Magistrate Judge