UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | No. 2:11-cr-210-JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION FOR BOND PENDING APPEAL** |
| NADIA KUZMENKO, et al., | |
| Defendants. | |

On September 4, 2017, Defendant Aaron New filed a Motion for Bond Pending Appeal based on the Ninth Circuit's decision in United States v. Lindsey, 850 F.3d 1009 (9th Cir. 2017), and the recent reversal in United States v. Green, No. 15-10554, 2017 WL 2703804 (9th Cir. June 22, 2017). ECF No. 913. The Government does not oppose the motion. ECF No. 916. In light of the Government's non-opposition, the Court grants Defendant's motion. Aaron New is to be brought forthwith before a Magistrate Judge of this Court for a hearing to determine the terms and conditions of bond pending appeal.

IT IS SO ORDERED.

Dated: September 11, 2017

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

1