UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 02, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

AARON NEW,

Defendant.

Case No. 2:11-cr-00210-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __AARON NEW__,

Case No. __2:11-cr-00210-JAM__ from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ __175,000 - Secured by property owned by Margaret Emilia New-Smith and Stephen Curtis Smith.__

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): __Pretrial Services conditions.__

Issued at Sacramento, California on October 02, 2017 at 3:35 pm

By: _____
Magistrate Judge Carolyn K. Delaney