BARRY MORRIS, SBN #48368
Attorney at Law
1407 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100
fax: (925) 934-1122
*barrymorris@mac.com*

Attorney for Defendant
AARON NEW

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-210 JAM |
| Plaintiff, | |
| v. | |
| AARON NEW, | |
| Defendant. / | |

**Stipulation and Order re
Substitution of Property Securing Bond**

It is hereby stipulated between defendant Aaron New, by and through his attorney Barry L. Morris, and the United States of America, represented by Assistant United States Attorney Lee Bickley, that defendant Aaron New may substitute the deed to 101 Orcutt Circle, Sacramento, CA for the property now posted as security for the personal appearance bond now in place. (See Exhibit A, the deed; Exhibit B, the appraisal; Exhibit C, Mortgage Statement)

Dated: November 30, 2020

/s/<u>BARRY L. MORRIS</u>

1

Attorney for Defendant

/s/ LEE BICKLEY
Assistant United States Attorney

**Order**

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that defendant be permitted to substitute the deed to 101 Orcutt Circle, Sacramento, CA for the property now posted as security for the personal appearance bond now in place.

Dated: December 2, 2020        /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE