HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
AARON NEW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON NEW,<br><br>Defendant. | No. 2:11-cr-00210-DAD- 3<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable DALE A. DROZD |

Defendant, AARON NEW, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a);

3. On June 29, 2021, this Court sentenced Mr. New to a term of 135 months imprisonment on counts 1-26 and 28-30, to be served concurrently;

4. Mr. New's total offense level was 33, his criminal history category was I (having no criminal history points), and the resulting guideline range was 135 to 168 months;

5. The sentencing range applicable to Mr. New was subsequently lowered by the zero-point provision;

6. Mr. New is eligible for a reduction in sentence, which reduces his total offense level by 2 from 33 to 31, resulting in an amended advisory guideline range of 108 to 135 months;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. New's term of imprisonment to 108 months imprisonment on counts 1-26 and 28-30, to be served concurrently.

The following statements are provided by Mr. New and the United States, respectively, and are not part of the parties' stipulation:

1. <u>Mr. New's statement regarding the stipulation</u>: Defendant's counsel enters into this stipulation after having examined the pertinent documents, including the presentence report, statement of reasons, and judgments. Mr. New's projected release date is May 23, 2028. Mr. New was released pretrial on an unsecured bond on May 16, 2011. ECF 36. He was released again, on October 2, 2017, during the pendency of his appeal. ECF 928. He has a job in prison being the camp town driver, held positions as warehouse clerk and community clerk. He completed numerous courses including résumé writing, interviewing, and job search. He has marketable skills, and a realistic and thoughtful release plan that includes living with his sister.

THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

2. <u>United States' statement regarding its stipulation</u>:  The United States enters into this stipulation after reviewing the pertinent documents, including, the Presentence Investigation Report ("PSR"); Statement of Reasons ("SOR"); First Amended Judgment, ECF No. 1136; defendant's Bureau of Prisons ("BOP") disciplinary record as of May 24, 2024, and after consultation with the prosecuting Assistant United States Attorneys.

New was convicted by jury trial of 23 counts of wire fraud, in violation of 18 U.S.C. § 1343 (Counts 1-23); three counts of mail fraud, in violation of 18 U.S.C. § 1341 (Counts 24-26); and three counts of money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(I) (Counts 28-30), for his role in an extensive mortgage fraud scheme.  New used his position as a licensed real estate broker to originate fraudulent mortgage loans that resulted in a loss amount of over $15 million.  PSR ¶ 40.  The guidelines calculation included a two-level enhancement for committing perjury when he took the stand at trial.  PSR ¶¶ 34, 45.  The Court previously imposed a sentence at the low end of the applicable Guidelines range, a sentence of 135 months on each count to run concurrently.

While in BOP custody, New has sustained one disciplinary incident for possessing an unauthorized item on April 26, 2022.

Respectfully submitted,

| | |
|---|---|
| Dated:  June 27, 2024 | Dated:   June 27, 2024 |
| PHILLIP A. TALBERT<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Shelley D. Weger*<br>SHELLEY D. WEGER<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>AARON NEW |

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. New is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 108 to 135 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2021 is reduced to a term of 108 months on counts 1-26 and 28-30, to be served concurrently.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence.

Unless otherwise ordered, Mr. New shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **June 28, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE