AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:11-cr-00210-DAD   Document 1219   Filed 08/05/24   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>Aaron New | Case No: 2:11-cr-00210-DAD-3<br>USM No: 66074-097 |
| Date of Original Judgment: 10/20/2015<br>Date of Previous Amended Judgment: 06/29/2021<br>*(Use Date of Last Amended Judgment if Any)* | David Miles Porter, Assistant Federal Defender<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 135 months **is reduced to** 108 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 07/06/2021 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/28/2024

*Judge's signature* /s/ Dale A. Drozd

Effective Date: Up to 10 days from the date of this judgment
*(if different from order date)*

Honorable Dale A. Drozd, U.S. District Judge
*Printed name and title*